**Fill in this information to identify the case:**

Debtor name ___City of Pittsburgh Property Development, Inc.___

United States Bankruptcy Court for the: ___Western___ District of __PA__
(State)

Case number (if known): ___17-22729___

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
City of Pittsburgh

Creditor's mailing address
c/o Jordan Tax Service, Inc.
PO Box 200
Bethel Park PA 15102

Creditor's email address, if known
_____

Date debt was incurred ___2/23/2010___
Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
317 Kearsage St.                      $ 3827.79          $ 10,000.00

Pittsburgh PA
4-F-94

Describe the lien
property tax

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
City of Pittsburgh Carnegie Library Tax

Creditor's mailing address
c/o Jordan Tax Service
PO Box 200
Bethel Park PA 15102

Creditor's email address, if known

Date debt was incurred ___01/01/2012___
Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien
317 Kearsage St.                      $ 34.53            $ 10,000.00

Pittsburgh PA
4-F-94

Describe the lien
property tax

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

1,205,342.19
$ 3862.32

| Debtor | City of Pittsburgh Property Development, Inc. | | Case number (if known) | 17- 22729 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

School District of Pittsburgh

Creditor's mailing address

c/o Jordan Tax Service
PO Box 200
Bethel Park PA 15102

Creditor's email address, if known

_____

Date debt was incurred   01/01/2009

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

317 Kearsage St.
Pittsburgh PA
4-F-94

   $ 4937.96   $ 10,000.00

Describe the lien
property tax

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Allegheny County Treasurer

Creditor's mailing address

c/o Jordan Tax Service, Inc.
PO Box 200
Pittsburgh PA 15102

Creditor's email address, if known

_____

Date debt was incurred   01/01/2010

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

317 Kearsage St.
Pittsburgh PA
4-F-94

   $ 1579.27   $ 10 000.00

Describe the lien
property tax

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    City of Pittsburgh Property Development, Inc.    Case number (if known) 17-22729
          _____
          Name

| Part 1: | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**

Woodland Hills School District

**Creditor's mailing address**

c/o Jordan Tax Service
102 Rahway Rd.
McMurray PA 15317-3349

**Creditor's email address, if known**

_____

**Date debt was incurred**    06/29/2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

758 Margaretta St.    Turtle Creek PA
372-C-258

**Describe the lien**    Property tax

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,296.71    $ 60,000.00

**2.6**

**Creditor's name**

Borough of Churchill

**Creditor's mailing address**

c/o Jordan Tax Service
102 Rahway Rd.
McMurray PA 15317-3349

**Creditor's email address, if known**

_____

**Date debt was incurred**    06/09/2016

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

758 Margarita St.    Turtle Creek PA
372-C-258

**Describe the lien**    Property tax

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1321.24    $ 60,000.00

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|

Allegheny County

758 Margaretta St.  Turtle Creek PA       $ 792.80       $ 60,000.00

372-C-258

**Creditor's mailing address**

c/o Jordan Tax Service

PO Box 200

Bethel Park PA 15102-0200

**Describe the lien**   Property tax

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   07/08/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|

City of Pittsburgh

318 Natchez St.  Pittsburgh PA 15211       $ 2981.83       $ 12,000.00

4-F-56

**Creditor's mailing address**

c /o Jordan Tax Service

PO Box 200

Pittsburgh, PA 15201-0200

**Describe the lien**   Property tax

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   06/06/2012

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name

City of Pittsburgh Carnegie Library Tax

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred** 07/08/2013

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

318 Natchez St., Pittsburgh, PA 15211
4-F-56

**Describe the lien**  Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 61.54

Column B: $ 12,600.00

---

**2.10** Creditor's name

School District of Pittsburgh

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** 06/06/2012

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

318 Natchez St.   Pittsburgh, PA 15211
4-F-56

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 3825.24

Column B: $ 12,600.00

Debtor      City of Pittsburgh Property Development, Inc.                          Case number (if known)    17-22729
          Name

---

| **Part 1:** | **Additional Page** | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.1 1 Creditor's name**

Allegheny County

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**    07/02/2012

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

318 Natchez St. Pittsburgh, PA 15211
4-F-56                                      $ 2023.98            $ 12,000.00

**Describe the lien**    Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2 Creditor's name**

Pittsburgh Water and Sewer Authority

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**    02/04/2009

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

318 Natchez St., Pittsburgh, PA 15211
4-F-56                                      $ 6004.81            $ 12,000.00

**Describe the lien**    Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) 17-22729 |
| --- | --- | --- |
| | Name | |

**Part 1:    Additional Page**

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13  Creditor's name**

City of Pittsburgh

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**  06/06/2012
**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

129 S. 13th St., Pittsburgh, PA 15203
3-M-265

$ 3399.11        $ 10,800.00

**Describe the lien**  Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.14  Creditor's name**

Pittsburgh Water and Sewer Authority

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**  02/04/2009
**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

129 S. 13th St., Pittsburgh, PA 15203
3-M-265

$ 3662.65        $ 10,800.00

**Describe the lien**  Water and sewer

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**

City of Pittsburgh Carnegie Library Tax

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**   07/08/2013

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

129 S. 13th St., Pittsburgh, PA 15203
3-M-265                                          $ 89.76       $ 10,000.00

**Describe the lien**   Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**

Allegheny County

**Creditor's mailing address**

c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102-0200

**Creditor's email address, if known**

**Date debt was incurred**   07/02/2012

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

129 S. 13th St., Pittsburgh, PA 15203
3-M-265                                          $ 2443.66     $ 10,000.00

**Describe the lien**   Property tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    City of Pittsburgh Property Development, Inc.    Case number (if known)    17-22729
Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

A & P Convenience Corporation

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred    03/28/13
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
539 Monongahela Ave., *Glass port* Pittsburgh, PA    $ 10762.79    $ 60,000.00

Describe the lien    Judgment lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.18** Creditor's name

Commonwealth of PA Department of Rev.

Creditor's mailing address

Strawberry Square
Harrisburg PA

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
539 Monongahela Ave., *Glassport* Pittsburgh, PA    $ 4500.88    $ 60,000.00

Describe the lien    _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development | Case number *(if known)* | 17-22729 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** Creditor's name

American National Operations, LLC

**Creditor's mailing address**

2002 Lincoln Boulevard
Elizabeth PA 15037

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Pittsburgh PA15037 *Glass Pit*

**Describe the lien**
judgment lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 107672.79
Column B: $ 60000.00

**2.20** Creditor's name

Lincoln Borough

**Creditor's mailing address**

3301 McCrady Rd. Pittsburgh PA 15235

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Pittsburgh PA 15037 *Glass port*

**Describe the lien**
judgment lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 9312.11
Column B: $ 60000.00

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21 Creditor's name**

PA Department of Revenue

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. ~~Pittsburgh~~ *Glassport* PA 15037    $ 4058.90    $ 60000.00

**Creditor's mailing address**

Strawberry Square
Harrisburg PA 17128

**Describe the lien**   judgment lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22 Creditor's name**

PA Department of Revenue

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. ~~Pittsburgh~~ *Glassport* PA 15037    $ 5852.71    $ 60000.00

**Creditor's mailing address**

Strawberry Square
Harrisburg PA 17128

**Describe the lien**   judgment lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | City of Pittsburgh Proeprty Development, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 17-22729 |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23** Creditor's name

PA Department of Revenue

**Creditor's mailing address**

Strawberry Square

Harrisburg PA 17128

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Glassport
539 Monongahela Ave., Pittsburgh PA 15037

$ 4009.39            $ 60000.00

**Describe the lien**  judgment lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.24** Creditor's name

PA Department of Revenue

**Creditor's mailing address**

Strawberry Square

Harrisburg PA 17128

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Glassport
539 Monongahela Ave. Pittsburgh PA 15037

$ 10250.21            $ 60000.00

**Describe the lien**  judgment lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    City Property Development, Inc.
_____
         Name

Case number (if known)    17-22729
_____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2 Creditor's name**

Allegheny County
_____

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. ~~Pittsburgh~~ Glassport PA 15037    $ 299.26    $ 60,000.00
_____
_____

**Describe the lien**    municipal lien
_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Creditor's name**

Allegheny County
_____

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., ~~Pittsburgh~~ Glassport PA 15037    $ 285.56    $ 60,000.00
_____
_____

**Describe the lien**    municipal lien
_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   City of Pittsburgh Property Development, Inc.      Case number (if known)   17-22729

Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2/** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Pittsburgh PA 15037 *Glassport*    $ 4177.03    $ 60,000.00

**Describe the lien**   Sci Fa Sur Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2B** Creditor's name

South Allegheny School District

**Creditor's mailing address**

2473 Washington Boulevard
McKeesport PA 15133

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. *Glassport* Pittsburgh PA 15037    $ 949.25    $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 14 of 26   42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number *(if known)* | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29** Creditor's name

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport PA 15045

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

*Glossport*
539 Monongahela Ave., ~~Pittsburgh~~ PA 15037    $ 241.25    $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.30** Creditor's name

Glassport Borough

**Creditor's mailing address**

440 Monogahela Ave.
Glassport PA 15045

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

*Glasspor*
539 Monongahela Ave., ~~Pittsburgh~~ PA 15037    $ 245.00    $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   City of Pittsburgh Proeprty Development, Inc.
_____
Name

Case number (if known)   17-22729
_____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31** Creditor's name

Glassport Borough

Describe debtor's property that is subject to a lien

Glassport
539 Monogahela Ave., ~~Pittsburgh~~ PA 15037

$ 263.18          $ 60,000.00

**Creditor's mailing address**

440 Monongahela Ave.

Glassport PA 15045

Describe the lien   municipal lien

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number   ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.32** Creditor's name

Glassport Borough

Describe debtor's property that is subject to a lien

Glassport
539 Monogahela Ave., ~~Pittsburgh~~ PA 15037

$ 32428.57          $ 60,000.00

**Creditor's mailing address**

440 Monongahela Ave.

Glassport PA 15045

Describe the lien   Sci Fa Sur Lien

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number   ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___City of Pittsburgh Proeprty Development, Inc.___    Case number (if known) ___17-22729___
        Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33 Creditor's name**

South Allegheny School District

**Creditor's mailing address**

2473 Washington Blvd.
McKeesport PA 15133

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., ~~Pittsburgh~~ *Glassport* PA 15037    $ 979.64    $ 60,000.00

_____
_____

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.34 Creditor's name**

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., ~~Pittsburgh~~ *Glassport* PA 15037    $ 295.94    $ 60,000.00

_____
_____

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.35** Creditor's name

Allegheny County

Creditor's mailing address

414 Grant St.
Pittsburgh PA 15219

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Glassport
539 Monongahela Ave., Pittsburgh PA 15037          $ 4177.03          $ 60,000.00

Describe the lien   Sci Fa Sur Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.36** Creditor's name

South Allegheny School District

Creditor's mailing address

2473 Washington Blvd.
McKeesport PA 15133

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Glassport
539 Monogahela Ave., Pittsburgh PA 15037          $ 890.58          $ 60,000.00

Describe the lien   municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.37** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.

Pittsburgh PA 15219

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037    $ 295.94    $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.38** Creditor's name

South Allegheny School Dsitrict

**Creditor's mailing address**

2473 Washington Blvd.

McKeesport PA 15133

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037    $ 949.25    $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   City of Pittsburgh Property Development, Inc.

_____
Name

Case number (If known)___17-22729_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.39** Creditor's name

Allegheny County

Creditor's mailing address

414 Grant St.
Pittsburgh PA 15219

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave. Glassport PA 15037

$ 295.94          $ 60,000.00

Describe the lien   municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.40** Creditor's name

South Allegheny School District

Creditor's mailing address

2473 Washington Blvd.
McKeesport PA 15045

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

　☒ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport PA 15037

$ 872.67          $ 60,000.00

Describe the lien   municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | | |
|---|---|---|---|
| | Name | | |

Case number (if known)    17-22729

---

| **Part 1:** | **Additional Page** | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.41** Creditor's name

Allegheny County

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037          $ 295.94          $ 60,000.00

**Creditor's mailing address**

414  Grant St.
Pittsburgh PA 15219

**Describe the lien**    municipal lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.42** Creditor's name

South Allegheny School District

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. Glassport PA 15037          $ 945.24          $ 60,000.00

**Creditor's mailing address**

2473 Washington Rd.
McKeesport PA 15133

**Describe the lien**    municipal lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.43** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.

Pittsburgh PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $ 295.94

Column B: $ 60,000.00

---

**2.44** Creditor's name

South Allegheny School District

**Creditor's mailing address**

2473 Washington Blvd.

McKeesport PA 15133

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassp[ort PA 15037

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $ 1322.58

Column B: $ 60,000.00

---

Debtor   City of Pittsburgh Property Development, Inc.
_____
Name

Case number (if known)   17-22729

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.43** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

$ 295.94     $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.44** Creditor's name

South Allegheny School District

**Creditor's mailing address**

2473 Washington Blvd.
McKeesport PA 15133

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

$ 1291.03     $ 60,000.00

**Describe the lien**   municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
| | Name | | |

---

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.40

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| Allegheny County | 539 Monongahela Ave. Glassport PA 15037 | $ 295.94 | $ 60,000.00 |

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

Describe the lien    municipal lien

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

### 2.41

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| Glassport Borough | 539 Monongahela Ave., Glassport PA 15037 | $ 479.56 | $ 60,000.00 |

**Creditor's mailing address**

440 Monongahela Ave.
Glassport PA 15045

Describe the lien    municipal lien

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  City of Pittsburgh Property Development, Inc.
      Name
Case number (if known)  17-22729

| | Column A | Column B |
|---|---|---|
| | Amount of claim. Do not deduct the value of collateral. | Value of collateral that supports this claim |

**Part 1:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.47 Creditor's name**

Glassport Borough

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037    $ 567.27    $ 60,000.00

**Creditor's mailing address**

440 Monongahela Ave.
Pittsburgh PA 15045

**Describe the lien**  municipal lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.48 Creditor's name**

Allegheny County

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037    $ 295.94    $ 60,000.00

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

**Describe the lien**  municipal lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

42

Debtor    City of Pittsburgh Property Development

Name

Case number (if known) 17-22729

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.49** Creditor's name

Alleghney County

**Creditor's mailing address**

414 Grant St.
Pittsburgh PA 15219

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037     $ 295.94     $ 60,000.00

_____

**Describe the lien**     municipal lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.50** Creditor's name

South Alleghney School District

**Creditor's mailing address**

2473 Washingotn Blvd.
McKeesport PA 15133

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037     $ 1142.75     $ 60,000.00

_____

**Describe the lien**     municipal lien

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5⁻¹ Creditor's name**

Allegheny County

**Creditor's mailing address**

414 Grant St.

Pittsburgh PA 15219

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

$ 295.94      $ 60,000.00

**Describe the lien**    municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5² Creditor's name**

South Allegheny School District

**Creditor's mailing address**

2473 Washington Blvd.

McKeesport PA 15133

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

$ 1149.05      $ 60,000.00

**Describe the lien**    municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  City of Pittsburgh Property Development, Inc.                    Case number (if known)  17-22729
_____
Name

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

# Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

## 2.53 Creditor's name

South Allegheny School District

**Creditor's mailing address**

2473 Washington Blvd.
McKeesport PA 15133

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave. Glassport PA 15037   $ 1142.74   $ 60,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

## 2.54 Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh, PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037   $ 295.94   $ 60,000.00

**Describe the lien**   Municipal lien

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.55 Creditor's name**

Glassport Borough

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037          $ 479.56          $ 60,000.00

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

**Describe the lien**      Municipal lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.56 Creditor's name**

South Allegheny School District

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037          1142.74          60,000.00

**Creditor's mailing address**

2473 Washington Blvd.
McKeesport PA 15133

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.57 Creditor's name**

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh, PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037      $ 359.04      $ 60,000.00

_____

**Describe the lien**   Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.58 Creditor's name**

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037      $ 567.27      $ 60,000.00

_____

**Describe the lien**   Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    City of Pittsburgh Property Development, Inc.    Case number (if known)  17-22729
_____
        Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.59** Creditor's name

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport PA 15045

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037
_____    $ 306.04    $ 60,000.00
_____

**Describe the lien**  Municipal lien
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.60** Creditor's name

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037
_____    $ 306.04    $ 60,000.00
_____

**Describe the lien**  Municipal lien
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   City of Pittsburgh Property Developments, Inc.
    Name

Case number (if known)   17-22729

| | Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

Glassport Borough

Creditor's mailing address

440 Monongahela Ave.
Glassport, PA 15045

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037   $ 567.27   $ 60,000.00

_____

Describe the lien   Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6²** Creditor's name

Glassport Borough

Creditor's mailing address

440 Monongahela Ave.
Glassport, PA 15045

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037   $ 306.04   $ 60,000.00

_____

Describe the lien   Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    City of Pittsburgh Property Development, Inc.                     Case number (if known)    17-22729
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.63** Creditor's name

Glassport Borough

Creditor's mailing address

440 Monongahela Ave.

Glassport, PA 15045

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
   priority?
   ☒ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037      $ 432.24      $ 60,000.00
_____

Describe the lien    Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.64** Creditor's name

Glassport Borough

Creditor's mailing address

440 Monongahela Ave.

Glassport, PA 15045

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
   priority?
   ☒ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037      $ 567.27      $ 60,000.00
_____

Describe the lien    Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9 Creditor's name**

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037   $ 567.27   $ 60,000.00

**Describe the lien**   Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9 Creditor's name**

Glassport Borough

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037   $ 567.27   $ 60,000.00

**Describe the lien**   Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   City of Pittsburgh Property Development, Inc.
         Name                                                    Case number (if known)   17-2272967

---

| **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.57** Creditor's name

Glassport Borough

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037          $ 567.27          $ 60,000.00

**Creditor's mailing address**

440 Monongahela Ave.
Glassport, PA 15045

Describe the lien

Municipal lien

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.58** Creditor's name

South Allegheny School District

Describe debtor's property that is subject to a lien

539 Monongahela Ave., Glassport, PA 15037          $ 1142.74          $ 60,000.00

**Creditor's mailing address**

2473 Washington Blvd.
McKeesport PA 15133

Describe the lien

Municipal lien

**Creditor's email address, if known**

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---



Debtor   City of Pittsburgh Property Development, Inc.                    Case number (if known)   17-22729
         Name

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

   South Allegheny School District

Creditor's mailing address

   2473 Washington Blvd.

   McKeesport PA 15133

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
     priority?
     ☒ No. Specify each creditor, including this
        creditor, and its relative priority.
        _____
        _____
        _____

     ☐ Yes. The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is subject to a lien

   539 Monongahela Ave., Glassport, PA 15037
   _____  $ 1166.72     $ 60,000.00
   _____
   _____

Describe the lien   Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.7** Creditor's name

   South Allegheny School District

Creditor's mailing address

   2473 Washington Blvd.

   McKeesport PA 15133

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
     priority?
     ☒ No. Specify each creditor, including this
        creditor, and its relative priority.
        _____
        _____
        _____

     ☐ Yes. The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is subject to a lien

   539 Monongahela Ave., Glassport, PA 15037
   _____  $ 1166.72     $ 60,000.00
   _____
   _____

Describe the lien   Municipal lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 36 of 42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
| | Name | | |

## Part 1: Additional Page

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh, PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037    $ 285.22    $ 60,000.00

_____

**Describe the lien**    Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** Creditor's name

Allegheny County

**Creditor's mailing address**

414 Grant St.
Pittsburgh, PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037    $ 285.22    $ 60,000.00

_____

**Describe the lien**    Municipal lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  City of Pittsburgh Property Development, Inc.                          Case number (if known)  17-22729
Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.78  Creditor's name**

Adelita Enterprises

**Creditor's mailing address**

327 Boggs Ave.
Pittsburgh, PA 15211

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport, PA 15037

$ unknown        $ 60,000.00

**Describe the lien**
lis pendens

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.79  Creditor's name**

Landmark CSA Corp.

**Creditor's mailing address**

1268 N. River Road, Suite 1
Warren, OH 44483

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  First position lien
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

539 Monongahela Ave., Glassport PA 15037

$ 248,000        $ 60,000.00

**Describe the lien**
Mortgage lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

42

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) | 17-22729 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.75** Creditor's name

Coal Hill Partners,  LLC

**Creditor's mailing address**

c/o Brian M. Kile, Esq.

Grennen & Birsic

One Gateway Center, Ninth Flr.
Pittsburgh PA 15222

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
priority?

☒ No. Specify each creditor, including this
creditor, and its relative priority.
If valid and enforceable
this is the first lien

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is subject to a lien

129 S. 13th St., Pittsburgh PA 15203          $ 120,000.00     $ 10,000.00

Describe the lien     Mortgage lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.76** Creditor's name

Coal Hill Partners, LLC

**Creditor's mailing address**

c/o Brian M. Kile, Esq.

Grennen & Birsic

One Gateway Center, Ninth Flr.
Pittsburgh PA 15222

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
priority?

☒ No. Specify each creditor, including this
creditor, and its relative priority.
If valid and enforceable
this is the first lien

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is subject to a lien

318 Natchez St., Pittsburgh PA 15211          $ 120,000.00     $ 12000.00

Describe the lien     Mortgage lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor   City of Pittsburgh Property Development, Inc.
_____
Name

Case number (if known)   17-22729
_____

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.77** Creditor's name
   Wesbanco Bank
   _____

Creditor's mailing address
   c/o Jeffrey Lalalama, Esq.
   _____
   Feldstein Grinberg
   _____
   428 Blvd. of the Allies
   Pittsburgh PA 15219

Creditor's email address, if known
   _____

Date debt was incurred   _____
Last 4 digits of account
number   ____ ____ ____ ____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      first lien mortgage
      _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
   317 Kearsarge St., Pittsburgh, PA 15211
   _____                    $ 200,000.00 approx. $ 10,000.00
   _____

Describe the lien   Mortgage lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.78** Creditor's name
   LNS Mortgage Companyu, Inc.
   _____

Creditor's mailing address
   Toledo OH
   _____

Creditor's email address, if known
   _____

Date debt was incurred   _____
Last 4 digits of account
number   ____ ____ ____ ____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      First lien mortgage
      _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
   539 Monongahela Ave., Glassport, PA 15037
   _____                    $ 248,000.00   $ 60,000.00
   _____

Describe the lien   Mortgage lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

42

| Debtor | City of Pittsburgh Property Development, Inc. | | Case number (if known) | 17-22729 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7  Creditor's name**

City of McKeesport

**Creditor's mailing address**

500 Fifth Ave.
McKeesport PA 15132

**Creditor's email address, if known**

_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
shared 1st lien
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

315 -321 5th Ave., McKeesport PA 15132       $ 23,000.00    $ 14,500.00

**Describe the lien**
tax lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8  Creditor's name**

McKeesport Area School District

**Creditor's mailing address**

3590 O'Neil Boulevard
McKeesport PA 15132

**Creditor's email address, if known**

_____

Date debt was incurred  _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
shared first lien
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

315-321 Fifth Ave. McKeesport PA 15132      $ 23,000.00    $ 14,500.00

**Describe the lien**
tax lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | City of Pittsburgh Property Development, Inc. | Case number (if known) 17-22729 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._ Creditor's name**

Westbanco Bank

**Creditor's mailing address**

c/o Jeffrey Lalama, Esq.
Feldstein Grinberg
428 Blvd of the Allies
Pittsburgh PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    first lien mortgage
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2845 Patterson St.
Pittsburgh PA 15203

$ 200,000.00     $ 1000.00

**Describe the lien**
Mortgage lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._ Creditor's name**

**Creditor's mailing address**

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____     $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed