**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No. 17-22729-GLT | |
| **City of Pittsburgh Property** | : | | |
| **Development, Inc.** | : | | |
| | : | Chapter 7 | |
| **Debtor** | : | | |
| | : | Doc. No. | |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

James R. Walsh, Esquire, Trustee of the above-captioned bankruptcy estate, proposes abandoning certain property of the estate pursuant to 11 U.S.C. §554 as more fully set forth below.

1. The Trustee intends to abandon all of the Debtor's interest in and to the following real property:

    a. 317 Kearsarge Street, Pittsburgh, Pennsylvania 15211; Tax Map No. 004-F-00094.

2. The Trustee has conducted a reasonable investigation into the value of the subject property and the ability of the Estate to liquidate the same for the benefit of creditors.  The Trustee has determined that in light of the condition of the property, the purported value of the property and the substantial amount of delinquent real estate taxes owed against the property, the costs of sale would outweigh any benefit to the Estate.

3. Said property is being abandoned pursuant to Bankruptcy Rule 6007(a).  **PARTIES IN INTEREST MAY FILE AN OBJECTION TO THIS ABANDONMENT**.  If no objection is filed with the Court and served on the Trustee **WITHIN 14 DAYS** of the mailing of this notice indicated below, the property described in paragraph #1 above will be deemed abandoned by the Trustee.  If an Objection is filed, the Court will schedule a hearing.

THEREFORE, pursuant to Bankruptcy Rule 6007(a), **IF NO OBJECTION IS FILED** with the Bankruptcy Court, said **PROPERTY WILL BE ABANDONED** on October 9, 2018, without further Order of Court.

Dated: <u>September 25, 2018</u>        Spence, Custer, Saylor, Wolfe & Rose, LLC

                   By:    */s/ James R. Walsh*
                          James R. Walsh, Esquire
                          PA ID #27901
                          1067 Menoher Blvd.
                          Johnstown, PA 15905
                          Tel: 814.536.0735
                          Fax: 814.539.1423

jwalsh@spencecuster.com
*Chapter 7 Trustee*

Case 17-22729-GLT    Doc 168    Filed 09/25/18    Entered 09/25/18 15:04:51    Desc Main
Document      Page 2 of 2