## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC.,** | Bankruptcy No. 17-22729-GLT |
| Debtor. | Chapter 7 |
| **JAMES R. WALSH, TRUSTEE OF THE BANKRUPTCY ESTATE OF CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC.,** | Document No.<br><br>Related to Doc. No. 174 |
| Movant, | Hearing Date and Time:<br>November 29, 2018 at 10:00 a.m. |
| vs. | |
| **CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC.,** | |
| Respondent. | |

### RESPONSE TO THE MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER COMPELLING CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC. TO PRODUCE AND TURN OVER DOCUMENTS AND INFORMATION

**AND NOW**, comes City of Pittsburgh Property Development, Inc., the Debtor in the above Chapter 7 Case, by and through its Counsel, Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, and files this **RESPONSE TO THE MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER COMPELLING CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC. TO PRODUCE AND TURN OVER DOCUMENTS AND INFORMATION**, as follows:

1. Admitted.
2. Admitted.
3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted

7. Admitted

8. It is admitted that Debtor's counsel and representatives spoke to the Trustee on or about February 16, 2018.

9. It is admitted that Debtor's counsel and representatives spoke to the Trustee on or about February 16, 2018.

10. The averments of this paragraph are denied to the extent that the Movant's characterization of the Order of Court differs from its plain terms, as the Order of Court is a written document which speaks for itself.

11. Admitted.

12. The averments of this paragraph are denied to the extent that the Movant's characterization of the bank statements and Check No. 001000 differ from their plain terms, as the bank statements and Check No. 001000 are written documents which speaks for themselves.

13. The averments of this paragraph are denied to the extent that the Movant's characterization of its emails and letters differ from their plain terms, as the emails and letters are written documents which speak for themselves. By way of further response, Counsel for the Debtor provided contact information for Hitesh Tanwani on November 11, 2018, via email.

14. The averments of this paragraph are legal conclusions for which no response is required. By way of further response, the Debtor incorporates its responses to Paragraph 13

15. The averments of this paragraph are legal conclusions for which no response is required. By way of further response, the Debtor incorporates its responses to Paragraph 13.

16. The averments of this paragraph are legal conclusions for which no response is required.

17. The averments of this paragraph are legal conclusions for which no response is required.

18. The averments of this paragraph are denied to the extent that the Movant's characterization of its email differs from their plain terms, as the email is a written document which speak for itself. By way of further response, Counsel for the Debtor provided contact information for Hitesh Tanwani on November 11, 2018, via email.

19. The averments of this paragraph are legal conclusions for which no response is required.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court deny the Motion.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: <u>November 12, 2018</u> | */s/ Robert O Lampl*___<br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN. P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>SY O. LAMPL<br>PA I.D. #324741<br>Counsel for the Debtor<br>Robert O Lampl Law Office<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email: rlampl@lampllaw.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **CITY OF PITTRBURGH PROPERTY DEVELOPMENT, INC.,** | Bankruptcy No. 17-22729-GLT |
| Debtor. | Chapter 7 |
| **JAMES R. WALSH, TRUSTEE OF THE BANKRUPTCY ESTATE OF CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC.,** | Document No.<br><br>Related to Doc. No. 174 |
| Movant, | Hearing Date and Time:<br>November 29, 2018 at 10:00 a.m. |
| vs. | |
| **CITY OF PITTSBURGH PROPERTY DEVELOPMENT, INC.,** | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

Robert O Lampl hereby certifies that on the 12th day of November, 2018, a true and correct copy of the foregoing **RESPONSE TO THE MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER COMPELLING CITY OF PITTSBURGH DEVELOPMENT, INC. TO PRODUCE AND TURN OVER DOCUMENTS AND INFORMATION** was served upon the following *(via electronic service and/or email service):*

| | |
|---|---|
| Office of the U.S. Trustee<br>1001 Liberty Avenue<br>970 Liberty Center<br>Pittsburgh, PA 15222 | Joseph S. Sisca<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>joseph.s.sisca@usdoj.gov |

Norma Hildenbrand
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222
Norma.L.Hildebrand@usdoj.gov

| | |
|---|---|
| Kevin J. Petak<br>Spence Custer Saylor Wolfe & Rose, LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905<br>kpetak@spencecuster.com | James R. Walsh<br>Spence Custer Saylor Wolfe & Rose LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905<br>jwalsh@spencecuster.com |
| Date: November 12, 2018 | */s/ Robert O Lampl*<br>ROBERT O. LAMPL<br>PA I.D. #19809<br>JOHN. P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>SY O. LAMPL<br>PA I.D. #324741<br>Counsel for the Debtor<br>Robert O Lampl Law Office<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email: rlampl@lampllaw.com |